IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
DEC 28 2005
MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| SUPERSPEED SOFTWARE, INC., § | |
| § | |
| Plaintiff, § | Civil Action No. H-04-3409 |
| § | |
| vs. § | |
| § | |
| ORACLE CORPORATION, § | |
| § | |
| Defendant. § | |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES SUPERSPEED SOFTWARE, INC., Plaintiff, in the above-styled and numbered cause of action, and ORACLE CORPORATION, Defendant herein, and move the Court to dismiss this cause with prejudice as against Plaintiff, SUPERSPEED, INC. and Defendant, ORACLE CORPORATION, and as grounds therefor would respectfully show the Court as follows:

### I.

The Plaintiff and Defendant have settled all matters in dispute in the above-entitled and numbered cause and respectfully move the Court to dismiss all claims made by Plaintiff against Defendant, and all claims made by Defendant against Plaintiff, with prejudice to the refiling of the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court enter its Order dismissing said cause against Defendant, and said cause against Plaintiff, with prejudice to the rights of either party to re-file same or any part thereof, and that costs of court shall be paid by the party incurring same. A proposed Order is attached.

DATED: 12/27/05

Respectfully submitted,

By: /s/ Neal S. Manne / mfh
Neal S. Manne
State Bar No. 12937980
S.D. Admissions No. 10209
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail: nmanne@susmangodfrey.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
SUPERSPEED SOFTWARE, INC.

OF COUNSEL:

Max L. Tribble, Jr.
State Bar No. 20213950
S.D. Admissions No. 10429
Rita M. Irani
State Bar No. 10409700
S.D. Admissions No. 8798
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Edgar G. Sargent
Washington Bar No. 28283 (pro hac vice motion to be filed)
Brooke A.M. Taylor
Washington Bar No. 33190 (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Michael F. Heim
State Bar No. 09380923
S.D. Admissions No. 8790
CONLEY ROSE, P.C.
JPMorgan Chase Tower
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

By: /s/ David Healey by permission JSC
David J. Healey
State Bar No. 09327980
S.D. Tex. Bar No. 6350
**WEIL GOTSHAL & MANGES, LLP**
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone (713) 546-5000
Facsimile: (713) 224-9511
E-mail: david.healey@weil.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT ORACLE CORPORATION

OF COUNSEL:

Norma N. Bennett
State Bar No. 24028492
S.D. Tex. Bar No. 27123
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: 713-546-5000
Facsimile: 713-224-9511

Matthew D. Powers (admitted *pro hac vice*)
California State Bar No. 104795
Douglas E. Lumish (admitted *pro hac vice*)
California State Bar No. 183863
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

654471/008473

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 28th day of December, 2005, as indicated below:

Douglas E. Lumish    *Via E-Mail and Federal Express*
Matthew D. Powers
Michael D. Powell
Weil, Gotshal & Manges, LLP
Towers @ Shores Center
201 Redwood Shores Parkway
Redwood Shores, CA 94065

David J. Healey    *Via E-Mail and Federal Express*
Norma N. Bennett
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

_Max Tribble / by permission JSG_
Max L. Tribble, Jr.

Case 4:04-cv-03409   Document 96   Filed in TXSD on 12/28/05   Page 5 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPERSPEED SOFTWARE, INC., | § § | |
| Plaintiff, | § § | Civil Action No. H-04-3409 |
| vs. | § § | |
| ORACLE CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

The Agreed Motion for Dismissal is hereby GRANTED. It is, therefore

ORDERED that all claims made by Plaintiff against Defendant, and all claims made by Defendant against Plaintiff, are hereby DISMISSED with prejudice to the refiling of the same. It is, further

ORDERED that costs of court shall be paid by the party incurring same.

DATED this _____ day of _____, 200___.

_____
UNITED STATES DISTRICT JUDGE